IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR306 |
| | ) | |
| MARC BIRD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the government's Motion to Continue [25]. Good cause being shown, the motion will be granted and the evidentiary hearing on the Motion to Suppress Evidence [18] will be continued.

IT IS ORDERED:

1. That the government's Motion to Continue [25] is granted; and

2. That the evidentiary hearing on the Motion to Suppress Evidence [18] is continued to **February 28, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge