IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>             Plaintiff,                     )<br>                                                         )<br>     vs.                                             )<br>                                                         )<br>MARC BIRD,                                )<br>                                                         )<br>             Defendant.                 ) | 8:06CR306<br><br>**ORDER** |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [18] is continued to **March 1, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 1st day of February, 2007.

                                    BY THE COURT:


                                    s/ F.A. Gossett
                                    United States Magistrate Judge