IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:06CR306
                              )
       v.                     )
                              )
MARC BIRD,                    )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of indictment (Filing No. 30). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment is dismissed without prejudice as to Marc Bird.

DATED 28th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court